1  SCOTT R. LACHMAN, ESQ.
   Nevada Bar No. 12016
2  LILITH V. XARA, ESQ.
   Nevada Bar No. 13138
3  **Akerman LLP**
   1635 Village Center Circle, Suite 200
4  Las Vegas, NV 89134
   Telephone: (702) 634-5000
5  Facsimile:  (702) 380-8572
   Email: scott.lachman@akerman.com
6  Email: lilith.xara@akerman.com

7  *Attorneys for Bank of America, N.A.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ALEXANDER FERRARI,<br><br>              Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; and BANK OF AMERICA, N.A.,<br><br>              Defendants. | Case No.: 2:23-cv-00453-APG-NJK<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

   Alexander Ferrari and Bank of America, N.A. (**BANA**), hereby stipulate that BANA shall have an additional twenty-one (21) days, up to and including **May 10, 2023**, to file its response to the complaint, which is currently due on April 19, 2023. The complaint was filed on March 27, 2023.

   Good cause exists to grant the requested extension.  BANA's counsel was recently retained and needs time to familiarize itself with this matter.

. . .

. . .

. . .

. . .

. . .

{69984706;1}

*Ferrari v. Equifax Information Services, LLC et al.,*
*2:23-cv-00453-APG-NJK*

This is the parties' first request for an extension of this deadline and is not intended to cause any delay or prejudice to any party.

DATED this 18th day of April, 2023.

| **AKERMAN LLP** | **FREEDOM LAW FIRM** |
|---|---|
| /s/ *Lilith V. Xara* | /s/ *Gerardo Avalos* |
| SCOTT R. LACHMAN, ESQ. | GEORGE HAINES, ESQ. |
| Nevada Bar No. 12016 | Nevada Bar No. 9411 |
| LILITH V. XARA, ESQ. | GERARDO AVALOS, ESQ. |
| Nevada Bar No. 13138 | Nevada Bar No. 15171 |
| 1635 Village Center Circle, Suite 200 | 8985 S. Eastern Avenue, Suite 100 |
| Las Vegas, NV 89134 | Las Vegas, NV 89123 |
| *Attorneys for Bank of America, N.A.* | *Attorney for Alexander Ferrari* |

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** _April 19, 2023_____

{69984706;1}    2