1   George Haines, Esq.
2   Nevada Bar No. 9411
3   Gerardo Avalos, Esq.
    Nevada Bar No. 15171
4   **FREEDOM LAW FIRM, LLC**
5   8985 South Eastern Ave., Suite 100
6   Las Vegas, NV 89123
    Phone: (702) 880-5554
7   FAX: (702) 385-5518
8   Email: info@freedomlegalteam.com
9   *Attorneys for Plaintiff Alexander Ferrari*

10
11          **UNITED STATES DISTRICT COURT**
12            **DISTRICT OF NEVADA**

13   Alexander Ferrari,                    | Case No.: 2:23-cv-00453-APG-NJK

14
15          Plaintiff,                     | **Stipulation and Order for an**
                                           | **extension of time for Plaintiff to**
        v.                                 | **respond to Defendant  Bank of**
16                                         | **America, N.A.'s Motion for**
17   Equifax Information Services, LLC and | **Judgment on the Pleadings**
     Bank of America, N.A.,
18
19          Defendants.

20
21          Alexander Ferrari ("Plaintiff") and Bank of America, N.A.
22   ("Defendant") (together as "the Parties") by counsel, hereby submit this
23   Stipulation and Order for an extension of time for Plaintiff to respond to
24   Defendant's Motion for Judgment on the Pleadings filed on August 31, 2023.
25   ECF 22. This is the first request for an extension of this deadline.
26
27

_____
S TIPULATION                    - 1 -

1    The extension is sought because the parties are engaged in settlement

2    discussions and hope to avoid the additional expense of fully briefing the

3    Motion, as without this added cost, the parties are in a better position to reach a

4    resolution.

5    As such, the parties are requesting an extension of time for Plaintiff to

6    respond to Defendant's Motion by 14 days from the current deadline of

7    September 14, 2023 to **September 28, 2023.**

8    This Stipulation is brought in good faith and not for purposes of delay.

9    The parties hereby respectfully request that the Court order that Plaintiff's

10   opposition to the pending Motion shall be due on or before **September 28,**

11   **2023**.

12   Dated: September 13, 2023.

13

14   **FREEDOM LAW FIRM, LLC**            **AKERMAN LLP**

15    /s/ *Gerardo Avalos*                 /s/ *Scott R. Lachman*

16   George Haines, Esq.                  Melanie D. Morgan, Esq.
     Gerardo Avalos, Esq.                 Scott R. Lachman, Esq.

17   8985 S. Eastern Ave., Ste 100        Lilith V. Xara, Esq.
     Las Vegas, NV 89123                  1635 Village Center Circle, Ste 200

18   *Counsel for Plaintiff*              Las Vegas, Nevada 89134

19                                        *Counsel for Bank of America, N.A.*

20

21

22

23   IT IS SO ORDERED:

24   _____

25   UNITED STATES DISTRICT JUDGE

     DATED: September 14, 2023
26

27