# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALEXANDER FERRARI,<br><br>    Plaintiff<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, et al.,<br><br>    Defendants | Case No.: 2:23-cv-00453-APG-NJK<br><br>**Order**<br><br>[ECF Nos. 22, 26] |

In light of the notice of settlement (ECF No. 27) between plaintiff Alexander Ferrari and defendant Bank of America, N.A.,

I ORDER that the motion for judgment on the pleadings **(ECF No. 22)** and stipulation for extension of time **(ECF No. 26) are DENIED as moot**, without prejudice to refile if the settlement is not completed.

DATED this 3rd day of October, 2023.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE